No. 00–5078. Barron-Roberto v. United States. C. A. 9th Cir. Certiorari denied.

No. 00–5079. Willis v. United States. C. A. 8th Cir. Certiorari denied.

No. 00–5080. Collier v. Myers, Warden. C. A. 6th Cir. Certiorari denied.

No. 00–5082. Weekes v. Government of the Virgin Islands. C. A. 3d Cir. Certiorari denied.

No. 00–5083. Whitehead v. United States. C. A. 9th Cir. Certiorari denied.

No. 00–5085. Brown v. Lytle, Warden. C. A. 10th Cir. Certiorari denied.

No. 00–5086. Perkins v. Illinois. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 00–5087. Monroe v. United States. C. A. 6th Cir. Certiorari denied.

No. 00–5088. Austin v. United States. C. A. 7th Cir. Certiorari denied.

No. 00–5091. Robinson v. California. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 00–5092. Bobbitt v. United States. C. A. 4th Cir. Certiorari denied.

No. 00–5093. Williams v. United States. C. A. 2d Cir. Certiorari denied.

No. 00–5094. McCloud v. Moore, Secretary, Florida Department of Corrections, et al. Sup. Ct. Fla. Certiorari denied.

No. 00–5095. Terio v. Apfel, Commissioner of Social Security. C. A. 2d Cir. Certiorari denied.